RECEIVED
IN LAKE CHARLES, LA

APR 10 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JEANNE PRUITT | : | DOCKET NO. 04 CV 2465 |
| VS. | : | JUDGE MINALDI |
| UNITED STATES OF AMERICA | : | MAGISTRATE WILSON |

## JUDGMENT

In accordance with the court's January 26, 2006 ruling from the bench and for the oral reasons stated at that time,

IT IS ORDERED, ADJUDGED, and DECREED, that the oral motion for dismissal pursuant to Rules 52(c) filed by defendant, United States of America [doc. 50], is GRANTED and the entirety of plaintiff's suit is DISMISSED WITH PREJUDICE.

Lake Charles, Louisiana, this 7 day of April, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT